STELLA H. KEATING and Others v. EMMA S. HAMMERSTEIN, Individually and as Executrix, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROTARY SHIRT COMPANY v. ADOLPH GLUCK.— Motion dismissed, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Proving the Last Will and Testament of SAMUEL TREMPER LONGMAN, Deceased, as a Will of Real and Personal Property. ROSE HELLMAN LONGMAN, Appellant; TREMPER LONGMAN, Executor, etc., and Another, Respondents.— Decree and order affirmed, with costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WALTER FRANCIS DUKE, an Infant, by WILLIAM F. DUKE, His Guardian ad Litem, Respondent, v. ISRAEL KERNER, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,177.73; in which event the judgment as so modified and the order appealed from are affirmed, without costs.   No opinion.   Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Arbitration between THE STANDARD KNITTING COMPANY, INC., Respondent, and BENJAMIN COHEN, Appellant.— Judgment and orders affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HAROLD H. SEATON, Respondent, v. ALEXANDER McWHIRTER, Impleaded with HENRY WEISMANN, as Receiver of the UNION SHIP AND DOCK COMPANY, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MUNSON G. SHAW and Others, Surviving Partners, etc., Respondents, v. MILTON MANUFACTURING COMPANY, LIMITED, a British Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.   Page and Greenbaum, JJ., dissenting.

MUNSON G. SHAW and Others, Surviving Partners, etc., Respondents, v. MILTON MANUFACTURING COMPANY, LIMITED, a British Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.   Page and Greenbaum, JJ., dissenting.

JEANNIE DUNLOP, Respondent, v. L. LAWRENCE WEBER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE ENDERS SALES COMPANY, Respondent, v. A. C. PENN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

KATHERINE J. McGOVERN, Respondent, v. TRANSPORTES MARITIMOS DO ESTADO, Defendant. FEDERAL LINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.